871 A.2d 791

**Lucille A. PROL, Appellant**

v.

**Howard K. PROL, Appellee.**

Supreme Court of Pennsylvania.

April 5, 2005.

***ORDER***

PER CURIAM:

**AND NOW,** this 5th day of April, 2005, the above captioned appeal is quashed for failure to file a brief.